# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| vs. | ) CRIMINAL ACTION 1:22-00097-KD-B |
| | ) |
| DALUDIER HERNANDEZ-BEDOYA, | ) |
|    Defendant. | ) |

## ACCEPTANCE OF GUILTY PLEA
## AND ADJUDICATION OF GUILT

Pursuant to the Report and Recommendation of the United States Magistrate Judge (Doc. 73) and without any objection having been filed by the parties, Defendant Daludier Hernandez-Bedoya's plea of guilty to **COUNT ONE** of the Indictment (charging a violation of 46:70506(b), Conspiracy to Distribute Cocaine on Board a Vessel) is now accepted, and the Defendant is adjudged guilty of such offense.

The sentencing hearing is scheduled for **January 13, 2023** at **1:00 p.m.,** in Courtroom 4B of the United States Courthouse, 155 Saint Joseph St., Mobile, Alabama, 36602.

**DONE** and **ORDERED** this the **27th** day of **October 2022.**

      /s/ Kristi K. DuBose
      **KRISTI K. DuBOSE**
      **UNITED STATES DISTRICT JUDGE**